David J. McGlothlin, Esq. (SBN: 026059)
david@southwestlitigation.com
**Hyde & Swigart**
5343 N. 16th Street, Ste. 460
Phoenix, Arizona 85016
Telephone:  (602) 265-3332
Facsimile:   (602) 230-4482

Attorneys for the Plaintiff
Javier Hernandez

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| Javier Hernandez | Case No.: 2:11-cv-01363-SRB |
|---|---|
| Plaintiff, | |
| v. | **PLAINTIFFS' UNILATERAL NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE** |
| ARS National Services Inc. | |
| Defendant. | |

Plaintiff Javier Hernandez (hereinafter "Plaintiff"), hereby moves to dismiss the entire action with prejudice, and in support of this Motion hereby set forth:

　　1. The Parties have reached a settlement of this action.

　　2. The Defendants, without acknowledging liability or wrongdoing, and Plaintiff, without acknowledging liability or wrongdoing, have agreed to fully and completely settle this matter.

3. The settlement between Plaintiffs and Defendant is memorialized in a written settlement agreement, now fully executed by Plaintiffs and Defendant.

4. Plaintiff represents to the Court that all actions required under the settlement agreement have now been performed. The Parties thus agree that this Court can proceed to dismiss this entire action, with prejudice.

WHEREFORE, Plaintiffs thus move and respectfully request that this Court so order forthwith.

Respectfully submitted,

Date: November 7, 2011            **Hyde & Swigart**

                                  By: __/s/ David J. McGlothlin___
                                  David J. McGlothlin
                                  Attorneys for the Plaintiff